JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NORMAN WIEDNER,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, WARDEN,<br><br>    Respondent. | Case No. CV 09-01911 JFW (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: June 2, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE